UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Christopher Quaill Roberts and
Carol Sue Roberts**,

Case No.: 26-10132

Soc. Sec. Nos. xxx-xx-6760 & xxx-xx-8245
Mailing Address: 974 Grooms Road, Reidsville, NC 27320-

Chapter 13

Debtors.

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 3/1/26, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Goodleap, LLC
C/O CT Corporation, Registered Agent
Attn: Officer
160 Mine Lake Court
STE 200
Raleigh, NC 27615

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 3/1/26

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Accu Reference Medical Lab
1901 East Linden Avenue
Suite 4
Linden, NJ 07036-1195

ADT Security Services**
2515 Downing Road
Fayetteville, NC 28312-8225

Allstate Insurance Company**
Post Office Box 12055
1819 Electric Road SW
Roanoke, VA 24018

Apple Card - Goldman Sachs Bank USA
Lockbox 6112
Post Office Box 7247
Philadelphia, PA 19170-6112

Aqua Finance, Inc. ****
ATTN: Officer
c/o Corporation Service Company
2626 Glenwood Ave, Suite 550
Raleigh, NC 27608

Bridgecrest Credit Company, LLC **
Attn: Officer
1720 W Rio Salado Parkway
Tempe, AZ 85281

Capital One Bank
Post Office Box 85015
Richmond, VA 23285-5075

Coastal Federal Credit Union***
Post Office Box 58429
Raleigh, NC 27658

Comenity Bank- Victoria Secrets
Post Office Box 182789
Columbus, OH 43218

Credit Collection Service***
Post Office Box 607
Norwood, MA 02062

Credit Control LLC
Post Office Box 248
Hazelwood, MO 63042

Department of Education/Nelnet
121 South 13 Street
Lincoln, NE 68508

Exeter Finance Corporation**
Attn:Officer
Post Office Box 166008
Irving, TX 75016

GoodLeap, LLC (RA)
c/o CT Corporation, Regist. Agent
160 Mine Lake Ct Ste 200
Raleigh, NC 27615-6417

Green Planet Mortgage
10 Research Pkway
Suite 2
Wallingford, CT 06492

JPMCB - Card Services
PO BOX 15369
Wilmington, DE 19850

LabCorp
Laboratory Corporation of America
358 South Main Street
Burlington, NC 27215

LVNV Funding/Resurgent Capital
Post Office Box 1269
Greenville, SC 29602

Moses Cone Health Systems **
% Cone Health
1200 North Elm Street
Greensboro, NC 27401

Nasa Federal Credit Union
Post Office Box 1588
Bowie, MD 20717

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

New Southern Loans Knightdale
7041 Knightdale Boulevard
Knightdale, NC 27545

OneMain
100 International Drive
16th Floor
Baltimore, MD 21202-4673

Portfolio Recovery Associates, LLC*
Disputes Department
140 Corporate Boulevard
Norfolk, VA 23502

Rockingham County Tax Collector
PO Box 68
Wentworth, NC 27375

Selby, Morgan and Born, PLLC
Post Office Box 65315
Tacoma, WA 98466

Valley Star Credit Union
35 Dupont Road
Martinsville, VA 24112

Wake Forest Baptist Health
Post Office Box 751727
Charlotte, NC 28275

Weltman, Weinberg & Reis Co., LPA
175 South 3rd Street
Suite 900
Columbus, OH 43215-5166